Garfield Birmingham, FCI Edgefield, Edgefield, SC, for Defendant–Appellant.

**JENNINGS CONSTRUCTION SERVICES CORPORATION, a Florida corporation, Plaintiff–Appellant,**

v.

**ACE AMERICAN INSURANCE COMPANY, d.b.a. ACE Advantage Professional Liability Company, Defendant–Appellee.**

No. 12–10769

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

July 27, 2012.

Marcus G. Valantasis, Cvercko & Valantasis, PLLC, Orlando, FL, for Plaintiff–Appellant.

Joseph K. Powers, Sedgwick, LLP, James H. Power, Holland & Knight, LLP, New York, NY, Douglas J. Kress, Schwed McGinley & Kahle, Lloyd R. Schwed, Sedgwick LLP, Palm Beach Gardens, FL, for Defendant–Appellee.

Before BARKETT, JORDAN and ANDERSON, Circuit Judges.

PER CURIAM:

We affirm for all the reasons expressed in the district court's order of January 11, 2012.

**AFFIRMED**